**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02077

VENUS GRACE-SCARAFIOTTI,

    Plaintiff,

v.

RELIASTAR LIFE INSURANCE COMPANY;

    Defendant.

---

**NOTICE OF REMOVAL**

---

Pursuant to 28 U.S.C. §1332(a)(2), 1441, and 1446, Defendant ReliaStar Life Insurance Company ("ReliaStar") files this Notice of Removal of this action from State Court to this Court and respectfully states as follows:

1.    On July 25, 2018, Venus Grace-Scarafiotti ("Plaintiff") commenced a civil action in the District Court of Arapahoe County, Colorado ("the State Court"), bearing the style, *Venus Grace-Scarafiotti v. ReliaStar Life Insurance Company*, Docket No. 2018CV31753 ("the Civil Action"). The Civil Action is still pending in the State Court.

2.    ReliaStar was served with a copy of the Summons and Complaint and Jury Trial Demand ("Complaint") in the Civil Action on July 26, 2018. *See* Exhibits A1 and A3. A copy of all process, pleadings, and orders in the Civil Action to date are attached in consecutive exhibits marked Exhibit A1-A3 (A1-Summons; A2-Civil Cover Sheet; A3-Complaint).

3.    The Civil Action is one of which this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(2) and removal jurisdiction pursuant to 28 U.S.C. § 1441 in that:

    (a)    ReliaStar, both at the time of filing of the Civil Action and as of the date of filing of this Notice, was and is an insurance company incorporated under the laws of the State of Minnesota with its principal place of business in the State of Minnesota.

    (b)    Plaintiff, both at the time of filing of the Civil Action and as of the date of filing this Notice, was and is a citizen of the state of Colorado.

    (c)    Jurisdiction exists between all parties properly joined in the civil action in that the civil action is between citizens of different States, and the amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff alleges the following damages:

        i.    compensatory damages for breach of an insurance contract, Ex. A3 ¶33, p. 5;

        ii.    past and future economic damages, Ex. A3 ¶33, p. 5;

        iii.    non-economic tort type damages ("inconvenience, emotional distress, anxiety, loss of enjoyment of life, impairment of the quality of life"), Ex. A3 ¶33, p. 5;

        iv.    damages pursuant to C.R.S. § 10-3-1115 and 1116, Ex. A3 ¶30, p. 5; and

        v.    attorney's fees and interest, Ex. A3, p. 6.

Although Defendant denies any damages were sustained and are due and owing, Defendant reasonably believes that plaintiff's claimed damages as set forth in the Complaint, and as summarized in paragraphs 3. c. i.-iv., inclusive, in this Notice of Removal, exceed the jurisdictional amount of $75,000.

    (d)    This action is within the original jurisdiction of the Court pursuant to the provisions of 28 U.S.C. § 1332.

4.    ReliaStar files this Notice of Removal prior to the expiration of thirty (30) days following its receipt of a copy of the Complaint and prior to the answer date in the state court action. Defendant has not entered an appearance or otherwise undertaken any action in the state court action.

5.    The judicial district and division of this Court embraces Arapahoe County, Colorado, the place where the Civil Action is pending.

6. Pursuant to 28 U.S.C. § 1446(d), ReliaStar will promptly give written notice of removal to all parties and counsel of record and will file a Notice of Filing of Notice of Removal with the Clerk of the District Court of Arapahoe County, Colorado, which will also be served on all parties and counsel of record. ReliaStar attaches a copy of the Notice of Filing of Notice of Removal as Exhibit B.

7. By filing this notice of removal, ReliaStar does not waive, and it expressly preserves, all of its defenses, including those defenses allowed under Rule 12 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant ReliaStar Life Insurance Company hereby removes this Civil Action to this Court for further proceedings according to law.

Dated: August 15, 2018 By: s/ *Richard N. Bien*
Richard N. Bien
Admitted, District of Colorado 8/26/02
LATHROP GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Telephone:  (816) 292-2000
Telecopier:  (816) 292-2001
Email:  rbien@lathropgage.com

Carrie E. Josserand
LATHROP GAGE LLP
10851 Mastin Boulevard
Building 82, Suite 1000
Overland Park, Kansas  66210-1669
Telephone:  (913) 451-5100
Telecopier:  (913) 451-0875
Email: cjosserand@lathropgage.com

Stephen K. Dexter (CO Bar No. 41839)
LATHROP GAGE LLP
1515 Wynkoop Street, Suite 600
Denver, Colorado  80202
Telephone:  (720) 931-3200
Telecopier:  (720) 931-3201
Email:  sdexter@lathropgage.com

ATTORNEYS FOR DEFENDANT
ReliaStar Life Insurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2018, a copy of the above pleading was served via the District Court ECM/ECF system, and by first class United States mail, postage prepaid, on the following counsel of record:

Thomas A. Bulger
SILVERN & BULGER, P.C.
4800 Wadsworth Blvd., Suite 307
Wheat Ridge, Colorado 80033
Email: counsel@silvernbulger.com

ATTORNEY FOR PLAINTIFF

s/ *Richard N. Bien*
An Attorney for Defendant

29948050v1